IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| LYNDA BURKE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SANOFI US SERVICES INC. et al.,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-00255-KAC-SKL |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.4(f), Marisela Arredondo moves to withdraw as counsel for Lynda Burke. Plaintiff is sufficiently represented by Russell W. Lewis IV of the same law firm who will remain counsel of record.

## CERTIFICATE OF CONSULTATION

On November 2, 2023, Russell W. Lewis IV conferred with Defendants' counsel Matt DePaz via email. Defendants' counsel does not oppose this motion.

Date: November 7, 2023

Respectfully submitted,

s/ Russell W. Lewis, IV
Russell W. Lewis, IV
(TN BPR # 24570)
JOHNSON LAW GROUP
2925 Richmond Ave. Ste. 1700
Houston, TX 77098
Office: 615.200.1122
Fax: 866.902.8647
rlewis@johnsonlawgroup.com
*Counsel for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date below I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:   November 7, 2023

                                                  s/ Russell W. Lewis, IV
                                                Russell W. Lewis, IV