UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATANOOGA

| | |
|---|---|
| LYNDA BURKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 1:23-CV-255-KAC-CHS ) |
| SANOFI-AVENTIS U.S. LLC, et al., | ) ) ) |
| Defendants. | ) |

## ORDER SETTING PRETRIAL CONFERENCE

Following transfer of this action from MDL 2740, the Court **SETS** a Rule 16 pretrial conference for Tuesday, January 30, 2024 at 2:00 P.M. at the Howard H. Baker, Jr. United States Courthouse, Courtroom 3C. *See* Fed. R. Civ. P. 16(a). At the conference, the Court will discuss the status of this action to expedite the disposition of this action. *See* Fed. R. Civ. P. 16(a). For the convenience of the Parties, the Court's Judicial Preferences and a Sample Civil Scheduling Order are available on the Court's website at https://www.tned.uscourts.gov/content/katherine-crytzer-united-states-district-judge.

SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge