# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 1:23-cv-255　　　　　　　　　　　　　　　　　　Date: January 30, 2024

Lynd Burke vs Sanofi-Aventis U.S. LLC, et al

**PROCEEDINGS: Rule 16 Pretrial Conference.** Scheduling issues discuss with the Parties. Scheduling Order to follow.

---

HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE

---

Julie Norwood　　　　　　　　　　　　Terri Grandchamp
**Deputy Clerk**　　　　　　　　　　　**Court Reporter**


**Counsel for Plaintiff**　　　　　　　　　　　　　　　　　　**Counsel for Defendant**
Russell W. Lewis, IV　　　　　　　　　　　　　　　　　　　Erin Elizabeth Steelman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Torrey M. Peterson


2:00 p.m. to 2:48 p.m.